UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Meredith Mandell
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

J. Michael Lennon, being duly sworn deposes and says:

1. I reside at:

299 Walton Drive, Amherst, New York 14226

and maintain an office for the practice of law at: 535 Washington Street, Suite 1000, Buffalo, New York 14203

2. I am an attorney at law, admitted to practice in the State of New York _____, I was admitted to practice in the United States District Court for the Western District of New York on the 4th day of May, 2004.

3. I have known the petitioner since May 2021 and under the following circumstances:

Ms. Mandell is associated with Quinn Emanuel and I have worked directly with her over the past weeks on the litigated matter for which she seeks pro hac vice admission.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

Ms. Mandell's moral character and fitness to be admitted to practice in this Court are satisfactory in all respects and I recommend her admission pro hac vice without hesitation.

_____
Signature of Sponsoring Attorney

Sworn to before me this 3 day of June, 2021

_____
Notary Public

KATHARINE L. BROWN
Notary Public, State Of New York
Qualified in Erie County
Commission Expires September 28, 20 24