UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Avi Grunfeld
_____
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

J. Michael Lennon, being duly sworn deposes and says:

1. I reside at:

299 Walton Drive, Amherst, New York 14226

and maintain an office for the practice of law at: 535 Washington Street, Suite 1000, Buffalo, New York 14203

2. I am an attorney at law, admitted to practice in the State of New York _____, I was admitted to practice in the United States District Court for the Western District of New York on the 4th day of May, 2004.

3. I have known the petitioner since May 2021 and under the following circumstances:

Mr. Grunfeld is associated with Quinn Emanuel and I have worked directly with him over the past weeks on the litigated matter for which he seeks pro hac vice admission.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court:

Mr. Grunfeld's moral character and fitness to be admitted to practice in this Court are satisfactory in all respects and I recommend his admission pro hac vice without hesitation.

_____
Signature of Sponsoring Attorney

Sworn to before me this 3 day of June, 2021

_____
Notary Public

KATHARINE L. BROWN
Notary Public, State Of New York
Qualified in Erie County
Commission Expires September 28, 20 24