UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MEDAILLE COLLEGE,

              Plaintiff,

    v.

PVS CHEMICALS, INC. and
PVS CHEMICAL SOLUTIONS, INC.,

              Defendants.
_____

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Civil Action No.: 1:21-cv-662-JLS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Medaille College hereby gives notice that this action is voluntarily dismissed, without prejudice, against Defendants PVS Chemicals, Inc. and PVS Chemical Solutions, Inc.

Dated:  June 23, 2021
          Buffalo, New York

PHILLIPS LYTLE LLP

By: /s/ Tristan D. Hujer
      Kenneth A. Manning
      John G. Schmidt Jr.
      Craig R. Bucki
      Tristan D. Hujer
      Samuel S. Borbor-Sawyer
Attorneys for Plaintiff
*Medaille College*
125 Main Street, One Canalside
Buffalo, New York 14203
Telephone: (716) 847-8400
kmanning@phillipslytle.com
jschmidt@phillipslytle.com
cbucki@phillipslytle.com
thujer@phillipslytle.com
sborbor-sawyer@phillipslytle.com